United States District Court
Eastern District of Michigan

Sabino Baten Morales,

    Petitioner,

v.

Kevin Raycraft, Acting Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement; U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General; and Executive Office for Immigration Review

    Respondents.

Civil No. 2:25-cv-13642

Honorable Matthew F. Leitman
Mag. Judge Patricia T. Morris

## STIPULATED ORDER OF VOLUNTARY DISMISSAL

By stipulation of the parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is voluntarily dismissed without prejudice. Each party shall bear their own fees and costs.

**IT IS SO ORDERED**.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  December 18, 2025

Stipulated and agreed to by:

| | |
|---|---|
| Abrutyn Law PLLC | Jerome F. Gorgon Jr.<br>United States Attorney |
| */s/ Russell Abrutyn (w/ consent)*<br>Russell Reid Abrutyn (P63968)<br>15944 W. 12 Mile Rd.<br>Southfield, Michigan<br>(248) 965-9440<br>russell@abrutyn.com<br><br>*Attorney for Petitioner*<br><br>Date: December 18, 2025 | *s/Zak Toomey*<br>Zak Toomey (MO61618)<br>Assistant U.S. Attorney<br>211 W. Fort St., Ste. 2001<br>Detroit, MI 48226<br>313-226-9617<br>zak.toomey@usdoj.gov<br><br>*Attorneys for Respondents*<br><br>Date: December 18, 2025 |

3